RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

FEB. 5, 2015.

TO WHOM THIS MAY CONCERN:
THE COURT OF APPEAL IN DALLAS
DO NOT GIVE MY SON A FAIR HEARING
ON HIS APPEAL FOR CASE, NO#
05-13-00291CR. CHADDY M.
SHEPHARD, VS STATE OF TEXAS
ON APPEAL FROM 363 JUDICAL, DISTRICT
COURT, DALLAS COUNTY. TEXAS
THE ATTORNEY THAT WE HIRE DOING
HIS FIRST HEARING WAS NOT ABLE
TO GET HIM A FAIR JOB. FOR
HIS CASE.

I AM NOT A LAWYER BUT
I AM WRITING TO THE COURT FOR
APPEAL OF HIS CASE BECAUSE I
AM TOLD THIS IS MY LAST CHANCE
HE IS NOW ON HIS WAY TO PRISON.
I BELIVE IN THIS SYSTEM BUT
I AM FINING IT DIFFIERENCE
TO GIVE MY SON A FAIR & HONEST
CHANCE A THE LAW. THE ATTORNEY
WE HIRE DON'T REALLY CARE
ABOUT THE CASE ONLY THE
MONEY YOU HAVE TO PAY THEM.

If your honorswere to read the cases for Charoy M. Shephard he was only trying to do what was right my son was not represented my lawyer who didn't have the best interest for him. Have looked at his paper work why can't we get a lawyer who will give us a fair trial. He did not do this. I hope the court of criminal appeal will give me another chance for my son.

THANK YOU
CORNELL SHEPHARD SR.

P.S PLEASE HELP ME.
CORNELL SHEPHARD SR.
509 JAMESTOWN DR
GARLAND TX 75043
469-267-5988
CSHEPHARD50@HOTMAIL.COM